**Order entered June 26, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00080-CV

### WILLIAM KLUG, Appellant

### V.

### J.P. WICKERT, ET AL., Appellees

**On Appeal from the 298th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-11-08158-M**

## ORDER

We **GRANT** appellant's June 24, 2014 agreed motion for an extension of time to file a reply brief. Appellant shall file a reply brief by **July 2, 2014**.

/s/    ADA BROWN
       JUSTICE